IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN T. HORRELL, : | |
|     Plaintiff : | |
| : | No. 1:20-cv-01454 |
| v. : | |
| : | (Judge Kane) |
| ABB ENTERPRISE SOFTWARE, : | |
| Successor to ABB TROPOS WIRELESS : | |
| RESEARCH CENTER, : | |
| A DIVISION OF ABB, INC., : | |
|     Defendants : | |

# ORDER

**AND NOW**, on this 23rd day of March 2021, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 8), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Defendants' motion is **GRANTED**, as follows:

1. Counts 1 and 5 of the Amended Complaint are **DISMISSED WITH PREJUDICE**;

2. Counts 2 (fraud), 3 (negligent misrepresentation), and 4 (promissory estoppel) are **DISMISSED WITHOUT PREJUDICE**; and

3. Within twenty-one (21) days of the date of this Order, Plaintiff may file a second amended complaint to attempt to address the pleading deficiencies in Counts 2, 3, and 4 identified in the accompanying Memorandum.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania