# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIAN T. HORRELL,<br>　　Plaintiff<br><br>　　v.<br><br>ABB ENTERPRISE SOFTWARE,<br>Successor to ABB TROPOS WIRELESS<br>RESEARCH CENTER,<br>A DIVISION OF ABB, INC.,<br>　　Defendants | : <br>: <br>:　No. 1:20-cv-01454<br>: <br>:　(Judge Kane)<br>: <br>: <br>: <br>: <br>: |

## ORDER

**AND NOW**, on this 28th day of June 2021, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. No. 19), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendants' Motion (Doc. No. 19) is **GRANTED**, and Plaintiff's Second Amended Complaint (Doc. No. 18) is **DISMISSED WITH PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　s/ Yvette Kane　　　　　　　
　　　　　　　　　　　　　　　　　　Yvette Kane, District Judge
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　Middle District of Pennsylvania